**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

MARK JENKINS,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

Case No. ________________

**PLAINTIFF'S DESIGNATION OF PLACE OF TRIAL**

Pursuant to D. Kan. Rule 40.2, Plaintiff Mark Jenkins hereby designates Kansas City, Kansas as the place of trial for this matter.

DATED: October 7, 2026

Respectfully submitted,

MARK JENKINS

By his attorneys,

*/s/ George A. Barton*

George A. Barton, KS Bar No. 26831
Stacy A. Burrows, KS Bar No. 21310
BARTON AND BURROWS, LLC
5201 Johnson Drive, Ste. 110
Mission, KS 66205
Phone: (913) 563-6250
Email: george@bartonburrows.com
stacy@bartonburrows.com
***Local Counsel for Plaintiff***

Shannon Liss-Riordan
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
***Pro Hac Vice Admission Forthcoming***